UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUARTIX FINANCE INC.,

              Plaintiff,          24-cv-1283 (JGK)

    - against -             ORDER

MXM NV INC., ET AL.,

              Defendants.

---

On April 26, 2024, the Court extended the time for Defendant Adde Issagholi to respond to the complaint to May 10, 2024. ECF No. 10. The plaintiff served a copy of the Court's Order on the defendant and filed proof of service on the docket on May 1, 2024. ECF No. 11. To date, no answer or response as been filed.

The time for Defendant Adde Issagholi to move or answer is extended for a final time to **May 20, 2024**. The defendant is again advised that the failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

If the defendant fails to answer or respond to the complaint by May 20, 2024, the plaintiff should file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **May 27, 2024**.

SO ORDERED.

Dated:    New York, New York                 /s/ John G. Koeltl
           May 14, 2024                     John G. Koeltl
                                              United States District Judge