**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**QUARTIX FINANCE INC.,**

                  **Plaintiff,**           24-cv-1283 (JGK)

        - against -            <u>ORDER</u>

**MXM NV INC., ET AL.,**

                  **Defendants.**

---

     Pursuant to Federal Rule of Civil Procedure 12(a), the time for Defendant MXM NV INC. ("MXM") to answer was May 20, 2024. ECF No. 12. To date, no answer has been filed.

     The time for MXM to answer or respond to the complaint is extended to **June 11, 2024.** Failure to respond to the complaint by this date could result in a default judgment being entered against MXM.

     The plaintiff is directed to serve a copy of this Order on MXM and to file proof of such service on the docket by **June 3, 2024.**

**SO ORDERED.**

<u>     /s/ John G. Koeltl     </u>
Dated:   **New York, New York**     John G. Koeltl
          **May 28, 2024**   **United States District Judge**