```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

QUARTIX FINANCE INC.,

               Plaintiffs,

   - against -

MXM NV INC., ET AL.,

               Defendants.

24-cv-1283 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On May 18, 2024, the Court extended the time for Defendant MXM NV Inc. ("MXM") to respond to the complaint to June 11, 2024. ECF No. 18. The plaintiff served a copy of the Court's Order on the defendant and filed proof of service on the docket on May 31, 2024. ECF No. 19. To date, no answer or response as been filed.

The time for Defendant MXM to move or answer is extended for a final time to **June 21, 2024**. The defendant is again advised that the failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

If the defendant fails to answer or respond to the complaint by June 21, 2024, the plaintiff should file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **June 28, 2024**.

SO ORDERED.

Dated:   New York, New York
         June 14, 2024

                                          John G. Koeltl
                                   United States District Judge