UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUARTIX FINANCE INC.,

                Plaintiffs,

    - against -

MXM NV INC., ET AL.,

                Defendants.

---

24-cv-1283 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to file an appropriate order to show cause for a default judgment supported by an affirmation and supporting papers. The filing labeled as an affirmation, ECF No. 29, contains another copy of the proposed order to show cause rather than an affirmation.

SO ORDERED.

Dated:    New York, New York
            July 1, 2024

                                    John G. Koeltl
                              United States District Judge