UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

QUARTIX FINANCE INC.,

                         Plaintiff,

         - against -

MXM NV INC., ET AL.,

                         Defendants.

———————————————————————————

24-cv-1283 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On May 28, 2024, and June 25, 2024, the Clerk of Court issued certificates of default as to the defendants Adde Issagholi and MXM NV Inc. ECF Nos. 17 and 27. On July 2, 2024, the Court entered an order to show cause why a default judgment should not be entered against the defendants. ECF No. 35. The plaintiff served the order to show cause on the defendants the next day. ECF No. 36. The time to respond to the order to show cause was July 19, 2024, see ECF No. 35, but to date, the defendants have failed to respond. Accordingly, the plaintiff Quartix Finance Inc. is entitled to a default judgment against the defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated:    New York, New York
          July 22, 2024

                                    John G. Koeltl
                              United States District Judge