```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
QUARTIX FINANCE, INC.,

                              Plaintiff,            1:24-cv-1283-JGK-KHP

        -against-                         **ORDER REQUESTING**
                                                            **SUPPLEMENTAL INFORMATION**
MXM NV INC., et al,                           **FOR DAMAGES INQUEST**

                             Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       **By April 23, 2025**, Plaintiff shall file the following supplemental information, including supporting document(s) or affidavit(s), for the Court's damages inquest:

1. The maturity date(s), and if different, the default date(s), for each of the advances made to Defendants.

2. The date(s) Plaintiff claims Defendants were first in breach of contract and an explanation as to why Defendants were in breach of contract on that date(s).

3. A breakdown of the daily interest rate and amount accrued on each of the advances from the date that the interest was first accrued to the present. The Court notes that the spreadsheet attached to Dror Polak's affidavit does not contain the advanced amounts contained in paragraph 6 of his affidavit, and it is unclear how Polak arrived at the total calculations in his spreadsheet without reference to the initial amounts advanced.

4. Supporting documentation for the existence of the alleged 21% interest rate per annum, Defendants' awareness and agreement to that interest rate, the date it attached to the amount(s) owed, and whether Plaintiff believes such rate should be

applied instead of or in addition to the 9% interest rate under New York law.  If Plaintiff believes such rate should apply in addition to the 9% interest rate, it should provide the Court with legal support for that request.

5. The Customer Services Agreement and Guaranty provided by Plaintiff do not address attorneys' fees and costs. Plaintiff, however, requests such an award. Therefore, Plaintiff shall provide documentation, including legal support, demonstrating why it is entitled to attorneys' fees and costs.

**SO ORDERED.**

Dated: April 9, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge