**LAZARUS & LAZARUS, P.C.**
COUNSELLORS AT LAW

240 MADISON AVENUE 8TH FL.
NEW YORK, N.Y. 10016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2025

April 21, 2025

**Via ECF & Electronic Mail To:**

KATHARINE H. PARKER, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007
Parker_NYSDChambers@nysd.uscourts.gov

APPLICATION GRANTED
*Katharine H. Parker* 4/22/2025
Hon. Katharine H. Parker, U.S.M.J.

*Re:* **QUARTIX FINANCE INC. v. MXM NV INC., et al.**
    **Case No.: 24-cv-01283-JGK-KHP**

Honorable Magistrate Judge Parker,

    We represent the Plaintiff, Quartix Finance Inc. ("Quartix"), in the above-referenced matter.

    Pursuant to Your Honor's April 9, 2025, Order Requesting Supplemental Information for Damages Inquest (Document 25) (the "Order"), Quartix's response to the request for supplemental information is currently due by April 23, 2025.

    We respectfully bring to the Court's attention that our principal contact at Quartix observed the Passover holiday from April 12, 2025, through its conclusion at sundown on April 20, 2025. Consequently, this observance has had an impact on our ability to obtain, review, and process the requested supplemental information in a timely manner in coordination with our Client.

    <u>In light of these circumstances, we respectfully request a one-week adjournment of the current April 23, 2025, deadline, extending the due date to April 30, 2025, to allow the undersigned to submit Quartix's response to the Court's Order.</u>

    We appreciate the Court's understanding and consideration and thank Your Honor for your attention to this matter.

    Respectfully Submitted,

    */s/ Harlan M. Lazarus*

    Harlan M. Lazarus, Esq.

HML:ct