UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUARTIX FINANCE INC.,

        Plaintiff,

- against -

MXM NV INC., ET AL.,

        Defendants.

24-cv-1283 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Parker dated May 7, 2025. The Report recommends (1) that the plaintiff be awarded damages in the amounts of $309,677.75, $380,328.63, and $72,423.56 against Defendants MXM NV Inc. and Adde Issagholi, jointly and severally; (2) that the plaintiff be awarded prejudgment interest at a rate of 21% from the dates of January 9, 2024, January 11, 2024, and January 22, 2024, respectively, through the date of the entry of judgment; and (3) that the plaintiff be awarded post-judgment interest pursuant to 28 U.S.C. § 1961.

    No objections have been filed to the Report, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore adopts the Report and awards the plaintiff the relief set out in the Report.

The Court directs that judgment be entered in accordance with the Magistrate Judge's Report and Recommendation. The Court also directs that the case be closed after the entry of judgment.

SO ORDERED.

Dated:   New York, New York
         May 27, 2025

                                    _____
                                    John G. Koeltl
                                    United States District Judge