**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
QUARTIX FINANCE INC.,

                           Plaintiff,                          24 **CIVIL** 1283 (JGK)

          -against-                                    **JUDGMENT**

MXM NV INC., ET AL.,

                          Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 27, 2025, the Court has reviewed the Report and Recommendation of Magistrate Judge Parker dated May 7, 2025. The Report recommends (1) that the plaintiff be awarded damages in the amounts of $309,677.75, $380,328.63, and $72,423.56 against Defendants MXM NV Inc. and Adde Issagholi, jointly and severally; (2) that the plaintiff be awarded prejudgment interest at a rate of 21% from the dates of January 9, 2024 (for damages of $309,677.75), in the amount of $90,154.40, January 11, 2024 (for damages of $380,328.63), in the amount of $110,284.88, and January 22, 2024 (for damages of $72,423.56), in the amount of $21,000.85, respectively, through the date of the entry of judgment; and (3) that the plaintiff be awarded post-judgment interest pursuant to 28 U.S.C. § 1961. No objections have been filed to the Report, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court has therefore adopted the Report and has awarded the plaintiff the relief set out in the Report; accordingly, the case is closed.

**Dated:** New York, New York
        May 29, 2025

                                  **TAMMI M. HELLWIG**
                                  ————————————————
                                   **Clerk of Court**

                                   K. mango

**BY:**                           ————————————————
                                   **Deputy Clerk**